**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CIVIL ACTION NO. 5:12-CV-164 - LLK**

**FALCONITE PROPERTIES, INC.,**                                                    **PLAINTIFF**
**FALCONITE DEVELOPMENT, INC,**
**F&F LEASING, INC.,**
**STRAWBERRY HILL LLC**
**CARDINAL POINT PROPERTIES, LLC,**
**OLIVET CONSTRUCTION, LLC,**
**FALCONITE-HIPP, LLC, AND**
**FALCONITE-HIPP ENTERPRISES, LLC**

**VS.**

**PADUCAH-McCRACKEN COUNTY**                                  **DEFENDANT**
**JOINT SEWER AGENCY**

## ORDER

The Magistrate Judge has filed his Report, and no objections have been filed. The Magistrate Judge's Report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein. It is therefore ORDERED that the Defendant's motion for sanctions is hereby GRANTED to the extent that the Defendant seeks an award of attorneys' fees and DENIED to the extent that the Defendant seeks dismissal.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

November 5, 2013