UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-164-JHM-LLK

**FALCONITE PROPERTIES, INC.,**                                   **PLAINTIFF**
**FALCONITE DEVELOPMENT, INC,**
**F&F LEASING, INC.,**
**STRAWBERRY HILL LLC**
**CARDINAL POINT PROPERTIES, LLC,**
**OLIVET CONSTRUCTION, LLC,**
**FALCONITE-HIPP, LLC, AND**
**FALCONITE-HIPP ENTERPRISES, LLC**

**VS.**

**PADUCAH-McCRACKEN COUNTY**                           **DEFENDANT**
**JOINT SEWER AGENCY**

**ORDER**

Consistent with the Order entered on March 5, 2014, ordering Falconite to pay JSA's reasonable attorneys' fees, and JSA's itemization,

**IT IS HEREBY ORDERED** that Falconite shall pay JSA's attorneys' fees in the amount of $6,475.00.

*[Signature]*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

April 17, 2014

Copies to: Counsel of record